NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-0780


NATHAN JOUBERT, SR., ET AL.

VERSUS

U. S. AGENCIES CASUALTY INS. CO.


**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 99-3526
HONORABLE ALCIDE JOSEPH GRAY, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Jimmie C. Peters, and Billy Howard Ezell, Judges.

Peters, J., concurs in the result.

Ezell, J., concurs in the result.

AFFIRMED IN PART; MODIFIED IN PART

Edward Follet Bass
Bass & Bass
P. O. Box 1530
Lake Charles, LA 70602-0000
(337) 436-7577
Counsel for: Plaintiff/Appellee
    Nathan Joubert, Sr.
    Tasha Joubert
    Jarvis Joubert

**Mesonie Terrence Halley, Jr.**
**Pitre, Halley & Associates**
**702 Kirby Street**
**Lake Charles, LA 70601**
**(337) 494-0800**
**Counsel for: Defendant/Appellant**
      **U. S. Agencies Casualty Ins. Co.**